# IN THE
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD MACK,<br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent, | Civil Case No. 2:05-CV-1612<br><br>Civil Case No. 00-CR-00323<br><br>United States District Judge<br>Honorable Katharine S. Hayden |

### MOTION ON STATUS OF MOTION PURSUANT TO TITLE 28 U.S.C. SECTION 2255 TO VACATE CONVICTIONS AND SENTENCES

COMES NOW, the Petitioner, Ronald Mack, and REQUESTS this Honorable Court for a Status Report on his pending pro se Title 28 U.S.C. Section 2255 motion to vacate conviction and sentence which was initially filed on or about March 24, 2005. See: Docket Sheet Entry # 445.

The Government responded on June 9, 2005. Petitioner filed a reply to the response of the Government, on or about June 27, 2005.

Petitioner is proceeding pro se and has no way to determine the status of his post-conviction filing. Petitioner has no way of determining whether the Court has issued a decision and the clock is running on the time for filing a notice of appeal, or whether relief has been granted. After not hearing from the Court in over 10-YEARS on his pending petition, anxiety and anticipation have caused Petitioner great discomfort. Petitioner respectfully requested that this motion not be viewed as an attempt to rush the Court in it's decision.

Respectfully submitted this 31ST day of AUGUST 2015.

Ronald Mack
Ronald Mack

2015 SEP -9 P 3:03
RECEIVED
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Ronald Mack
Reg No. 23273-050
United States Penitentiary Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 SEP -9 P 3:02

To: The Clerk of the Court
United States District Court
P.O. Box 419
Newark, N.J. 07101-0419

07101041919

LEHIGH VALLEY PA 180
02 SEP 2015 PM 4 L

