IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent,<br><br>v.<br><br>Ronald Mack<br>Movant, | Civil No. 2:05-CV-1612<br><br>Criminal No. 00-CR-00323<br><br>United States District Judge<br>Honorable Katharine S. Hayden |

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Ronald Mack, Movant, pro-se, respectfully moves this Honorable Court for appointment of counsel pursuant to Title 18 U.S.C. §3006A, to represent Movant in his §2255 proceedings.

Movant filed an detailed §2255 motion, along with supporting briefs, and also the (3) enclosed Notice of New Authority cases, which included (1) case from the District Court of Deleware; (1) case from the Third Circuit Court of Appeals; and lastly (1) case from the Second Circuit Court of Appeals. All (3) cases were favorable and supported Movant's §2255 issues/arguments.

Movant now moves for an evidentiary hearing on the above mention (3) New Notice of Authority cases, and initial §2255 motions and briefs.

In light of Rule 8 governing §2255 proceedings, this Court should appoint counsel to represent Movant.

Wherefore, based on the above Ronald Mack, urges this Court to Grant this motion and appoint counsel.

Respectfully Submitted on this 31ST day of AUGUST 2015

Ronald Mack
PRO SE REPRESENTATION